IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Harriet A Carter,<br>dba H Carter Services<br><br>Debtors. | Bankruptcy No. 14-19276-elf<br><br>Chapter 13<br><br>Doc. No. 5-1 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 5-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) Claim number 5-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of claim filed as Claim 5-1 on the Claims Register forthwith.

3. **The Movant shall** file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 21, 2020.

Dated: 2/7/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**