United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Harriet A Carter  
    Debtor

Case No. 14-19276-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Feb 07, 2020  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.  
db      #+Harriet A Carter,    1617 Church Road,    Glenside, PA 19038-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:

     HAROLD N. KAPLAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION hkaplan@rasnj.com  
     JAMES RANDOLPH WOOD    on behalf of Creditor    Cheltenham Township School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
     JEROME B. BLANK    on behalf of Creditor    DUETSCHE BANK TRUST COMPANY AMERICAS Et al. paeb@fedphe.com  
     JILL MANUEL-COUGHLIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bankruptcy@powerskirn.com  
     JOSEPH ANGEO DESSOYE    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com  
     JOSEPH PATRICK SCHALK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION paeb@fedphe.com, cbrelje@barley.com;jrachor@barley.com  
     JOSEPH PATRICK SCHALK    on behalf of Creditor    JPMorgan Chase Bank, National Association paeb@fedphe.com, cbrelje@barley.com;jrachor@barley.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     KRISTEN WETZEL LADD    on behalf of Creditor    Citizens Bank of Pennsylvania kladd@utbf.com, nanderson@utbf.com  
     LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al. pabk@logs.com  
     PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
     RANDAL COWLES    on behalf of Debtor Harriet A Carter rcowles@subranni.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
     TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: <br><br> Harriet A Carter, <br> dba H Carter Services <br><br> Debtors. | Bankruptcy No. 14-19276-elf <br><br> Chapter 13 <br><br> Doc. No. 5-1 |
|---|---|

### ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 5-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) Claim number 5-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of claim filed as Claim 5-1 on the Claims Register forthwith.

3. **The Movant shall** file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 21, 2020.

Dated: 2/7/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**